794 A.2d 180

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LAWRENCE A. BARLOW, DEFENDANT–
PETITIONER.

March 20, 2002.

Petition for certification is granted and summarily remanded to the Appellate Division to reconsider in the light of *State v. Johnson,* 166 *N.J* 523, 766 *A.*2d 1126 (2001).

794 A.2d 180

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. CARLOS GAGO, DEFENDANT–PETITIONER.

March 20, 2002.

Petition for certification is granted and summarily remanded to Appellate Division for reconsideration in the light of *State v. Miller,* 170 *N.J.* 417, 790 *A.*2d 144 (2002).